UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| OFFICEMAX INCORPORATED, | |
| Plaintiff, | Civil No. CV05-0672 LC |
| v. | |
| TYCO INTERNATIONAL, LTD.;<br>TYCO INTERNATIONAL (US) INC.;<br>S & S SPRINKLER CO., L.L.C.;<br>and JOHN DOES 1 – 5 and JANE<br>DOES 1 – 5, | JUDGE MINALDI<br><br>MAGISTRATE JUDGE WILSON |
| Defendants. | |

### STIPULATION OF DISMISSAL
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

NOW COMES plaintiff, OFFICEMAX INCORPORATED, who, through counsel, stipulates that plaintiff's suit against JOHN DOES 1-5 and JANE DOES 1-5 is hereby dismissed, without prejudice, at plaintiff's cost, this 15th day of November, 2005.

          BLANCHARD, WALKER, O'QUIN & ROBERTS
          (A Professional Law Corporation)

By:    /s/ W. Michael Adams
      W. Michael Adams, La. Bar #2338

400 Texas Street, Suite 1400
P. O. Box 1126
Shreveport, LA 71163-1126
Telephone: (318) 221-6858
Telecopier: (318) 227-2967

ATTORNEYS FOR OFFICEMAX
INCORPORATED

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(i) has this date been served upon defendants, **TYCO INTERNATIONAL, LTD.** and **TYCO INTERNATIONAL (US), INC.**, through its counsel of record, Harry J. Philips, Jr., Taylor, Porter, Brooks & Phillips L.L.P., 85h Floor - Chase Tower South, 451 Florida Street, Baton Rouge, LA 70801, and **S&S SPRINKLER CO., L.L.C.**, through its counsel of record, Frederick L. Cappel, 1011 Lakeshore Drive, Suite 500, P. O. Box 820, Lake Charles, LA 70602-0820, by placing same in the United States Mail, postage paid.

Shreveport, Louisiana, this 15th day of November, 2005.

/s/ W. Michael Adams
W. Michael Adams